FILIPPO MACCHIAVERNA, Appellant, v. CAMPANIA REAL ESTATE COMPANY, JULIUS LEHRENKRAUSS and HOWARD D. HAMMOND, as Executors etc., of BENJAMIN J. SFORZA, Deceased, Respondents.— Orders and judgment affirmed, with costs. No opinion. Rich, Young, Carswell and Scudder, JJ., concur; Lazansky, P. J.,

dissents, upon the following grounds: While the complaint is illy drawn, it states facts sufficient to constitute a cause of action. There is no necessity for returning the stock before action commenced, because it is alleged in the complaint that the stock is worthless. The question of delay in disaffirming is one that should be disposed of on a trial.